UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. COURTOIS et al., ) | 1:03-cv-6380-REC-SMS |
| Plaintiff, ) | ORDER TO PLAINTIFF TO PAY FILING FEE OR SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS OF SERVICE OF THIS ORDER |
| v. ) | |
| OFFICIAL CORRUPTION, et al., ) | ORDER DIRECTING THE CLERK TO SEND A BLANK IN FORMA PAUPERIS APPLICATION FORM TO PLAINTIFF |
| Defendants. ) | |

Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On October 6, 2003, Plaintiff filed a complaint. However, Plaintiff has neither paid the $150.00 filing fee nor submitted a complete application to proceed in forma pauperis. The Court will give Plaintiff an opportunity either to pay the filing fee or to file a completed application to proceed in forma pauperis. If Plaintiff does not pay the fee, Plaintiff shall submit a completed application, with a signed certificate, and an original

1

certified copy of his trust account statement covering the full six-month period preceding the filing of the complaint in support of his request to proceed in forma pauperis. See 28 U.S.C. § 1915(a)(2).

Plaintiff IS INFORMED that if Plaintiff fails to comply with the Court's order, the Court will proceed to recommend dismissal of the action.

Accordingly, IT IS ORDERED that

1. Plaintiff IS DIRECTED either to pay the $150.00 filing fee or to file a completed application to proceed in forma pauperis no later than thirty days after the date of service of this order; and

2. The Clerk of Court IS DIRECTED to send to Plaintiff with this order a copy of a blank application to proceed in forma pauperis; and

3. Plaintiff is informed that a failure to comply in a timely fashion with the Court's directions will be considered to be a failure to comply with an order of the Court within the meaning of Local Rule 11-110 and may result in dismissal of the action.

IT IS SO ORDERED.

**Dated:   August 22, 2005**          **/s/ Sandra M. Snyder**
icido3                                  UNITED STATES MAGISTRATE JUDGE