IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL COURTOIS, ) | No. CV-F-03-6380 REC/SMS P |
| ) | |
| ) | ORDER GRANTING PLAINTIFF'S |
| ) | MOTION FOR VOLUNTARY |
| Plaintiff, ) | DISMISSAL AND DISMISSING |
| ) | ACTION WITHOUT PREJUDICE |
| vs. ) | |
| ) | |
| BARBARA LAWLOR, et al., ) | |
| ) | |
| Defendant. ) | |

Plaintiff's motion for voluntary dismissal filed on September 13, 2005 is hereby granted pursuant to Rule 41(a), Federal Rules of Civil Procedure.

ACCORDINGLY:

1.  This action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated: September 16, 2005**          **/s/ Robert E. Coyle**
668554                                 UNITED STATES DISTRICT JUDGE

1